IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**EDDIE BOLAR**                                                            **PLAINTIFF**

v.                    Case No. 3:20-cv-00305-JTK

**ANDREW SAUL,** *Commissioner*,
**Social Security Administration**                                **DEFENDANT**

## JUDGMENT

Consistent with the Order entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is reversed and remanded to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

SO ADJUDGED THIS 30th day of June, 2021.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE